UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL C. BLACK,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>GARY SWARTHOUT, Warden,<br><br>　　　　　Respondent. | No. ED CV 11-584-PSG (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 9/27/11

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE